IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | §<br>§<br>§ | |
| Plaintiff/Counter-Defendant, | §<br>§<br>§ | |
| v. | §<br>§ | No.2:10-cv-05604-SDW-MCA |
| TELLER FAMILY IRREVOCABLE TRUST VI, by and through its trustee, GERSON SONTAG a/k/a GERSHON SONTAG, and TELLER FAMILY IRREVOCABLE TRUST VII, by and through its trustee, BEZALEL BERNSTEIN a/k/a BTALEL BERNSTEIN, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants/Counter-Plaintiffs. | §<br>§ | |

## AMENDED AFFIDAVIT OF FRANK VALLIS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Frank Vallis, known to me and who after being duly sworn upon oath, did depose and state as follows:

1.   I am over the age of twenty-one (21) and am fully competent to make this Affidavit. I have never been convicted of a felony. The statements contained herein are true and correct and are within my personal knowledge.

2.   I am Associate Director, Customer Service for American General Life Insurance Company ("American General").

3.   Attached    hereto    are    records    from    the    Bluma    Teller    policy    files.

4.   These records are kept by American General Life in the regular course of business and are in my custody or subject to my control, supervision or direction. It is the regular course of business of American General Life for an employee or representative of

American General Life, with knowledge of the acts, events, conditions and other information recorded to make the records or to transmit information thereof to be included in such records. The records were made at or near the time when the acts, events, conditions and other information contained therein occurred, were observed or rendered. The records attached hereto are the originals or exact duplicates of the originals.

5.   Attached hereto as Exhibit A-1 is a true and correct copy of Part A of the Life Insurance Application for policy number U10024103L.

6.   Attached hereto as Exhibit A-2 is a true and correct copy of the Financial Questionnaire for policy number U10024103L.

7.   Attached hereto as Exhibit A-3 is a true and correct copy of the Policy Acceptance and Amendment of Application form for policy number U10024103L.

8.   Attached hereto as Exhibit A-4 is a true and correct copy of the Policy Schedule for policy number U10024103L.

9.   Attached hereto as Exhibit B-1 is a true and correct copy of Part A of the Life Insurance Application for policy number U10025058L.

10.   Attached hereto as Exhibit B-2 is a true and correct copy of the Financial Questionnaire for policy number U10025058L.

11.   Attached hereto as Exhibit B-3 is a true and correct copy of the Policy Schedule for policy number U10025058L.

Further Affiant Sayeth Not.

Frank Vallis

SWORN TO AND SUBSCRIBED BEFORE ME on this 28 day of February, 2011.

Notary Public in and for
the State of TEXAS

My commission expires: 1-28-2014

GIGI CRUZ
Notary Public, State of Texas
My Commission Expires
January 28, 2014

2