Law Office of

# Elizabeth Eilender

225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780

Admitted to
NY, NJ & CT Bars
EEilender@lawjaros.com

March 11, 2011

VIA ECF

Clerk
United States District Court
Martin Luther King Courhouse
50 Walnut Street, Room 2060
Newark, New Jersey 07101

    Re:    **American General v. Teller Family, et al.**
             **Docket no. 2:10-cv-05604-SDW-MCA**

Dear Sir/Madam:

I represent the defendants in the above-captioned matter.

On March 9, 2011, plaintiff filed a Motion for Judgment on the Pleadings. Defendants hereby invoke the automatic extension pursuant to Local Civ. R. 7.1(d)(5).

The new motion day is April 18, 2011. Defendants' opposition will be due on or before April 4, 2011 and plaintiff's reply is due on or before April 11, 2011.

Respectfully submitted,

*[signature]*

Elizabeth Eilender

cc:

Jessica Wilson, Esq.
Christopher Raleigh, Esq.