Elizabeth Eilender, Esq.
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2174
*Attorney for the Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------------x

AMERICAN GENERAL LIFE INSURANCE COMPANY,

                    Plaintiff,

-against-

TELLER FAMILY IRREVOCABLE TRUST VI,
by and through its trustee, GERSON SONTAG a/k/a
GERSHON SONTAG, and TELLER FAMILY
IRREVOCABLE TRUST VII, by and through its trustee,
BEZALEL BERNSTEIN a/k/a BTALEL BERNSTEIN,

                    Defendants.

------------------------------------------------------------------x

Case No.
2:10-CV-05604-SDW-MCA

**Declaration Of Elizabeth
Eilender In Opposition to
American General's Motion
For Rule 11 Sanctions**

**ELIZABETH EILENDER**, hereby declares under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and accurate.

1.     I am the attorney for the defendants and am making this declaration in opposition to plaintiff's motion for Rule 11 Sanctions.

2.     Annexed hereto are the following exhibits:

        Exhibit A    Letter from the NYS Insurance Department dated February 10, 2011.

        Exhibit B    AIG standard application form utilized by US Life and American General.

        Exhibit C    Affidavit of David Weber dated January 25, 2011.

1

| | |
|---|---|
| Exhibit D | Copy of check remitted by Trust VI as payment of the initial month's premium for its Teller policy. |
| Exhibit E | Letter from American General dated September 28, 2010 and associated correspondence dated September 2, 2010 and October 5, 2010. |
| Exhibit F | Declaration of Gershon Sontag dated March 7, 2011. |
| Exhibit G | Declaration of Bezalel Bernstein dated March 4, 2011. |
| Exhibit H | Print-out of American General website page (http://www.americangeneral.com/life/life.nsf/contents/aboutus_legal_notice). Last accessed May 23, 2011. |
| Exhibit I | American General's reply to its summary judgment motion in *American General Life Insurance Company v. Kirsh*, Civil Action No. H-07-3696, United States District Court for the Southern District of Texas ("*Kirsh*"). |
| Exhibit J | Judge Hoyt's decision in *Kirsh* with respect to American General's summary Judgment motion. |
| Exhibit K | Motion for Reconsideration in *Kirsh*. |
| Exhibit L | Declaration of Charles Herring dated May 18, 2011. |
| Exhibit M | Declaration of Frederick Moss dated May 18, 2011. |
| Exhibit N | American General's response to the *Kirsh* motion for reconsideration. |
| Exhibit O | Correspondence from American General's attorneys dated March 23, 2011. |
| Exhibit P | Letter from Elizabeth Eilender dated April 15, 2011 with proposed Amended Declaration of Gershon Sontag. |
| Exhibit Q | Correspondence from American General's attorneys dated April 11, 2011 and April 21, 2011 and associated letter from Elizabeth Eilender dated April 11, 2011. |

Dated: New York, New York
      May 23, 2011

                                                        s/Elizabeth Eilender
                                                      **Elizabeth Eilender**