LAW OFFICE OF

# ELIZABETH EILENDER

225 Broadway, 24th Floor
NEW YORK, NEW YORK 10007

(212) 227-2174

July 14, 2011

**Via Fax (973) 645-3843 & E-Filing**

Hon. Susan D. Wigenton
United States District Court
District of New Jersey
United States Courthouse
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

RE: AMERICAN GENERAL LIFE INSURANCE COMPANY V.
TELLER FAMILY IRREVOCABLE TRUST VI, ET AL.
2:10-CV-05604-SDW-MCA

Dear Judge Wigenton:

I represent the defendants in the above matter.

The motions to dismiss are pending before the Court. In reviewing some documents that American General produced prior to the Magistrate staying discovery, I discovered a premium check (Exhibit A, Bates-stamped AG000651) which I believe is important on the defendants' motion to dismiss for lack of jurisdiction, and on the defendants' position that the address in Paterson, New Jersey was fabricated. This check is particularly important if the Court decides to hold a hearing in this matter to determine who placed the Paterson, New Jersey address on the application and when it was placed there.

The premium check produced by American General (Exhibit A) is a check from the Teller Family Irrevocable Trust VII of which Mr. Bernstein is the trustee. The check, in the amount of $53,069, is payable to AIG Life Insurance, not American General.

LAW OFFICE OF ELIZABETH EILENDER

Hon. Susan D. Wigenton
July 14, 2011
Page 2

---

Most important, however, is the address for the Teller Family Irrevocable Trust VII, reflected in the upper left corner of the check: 6 Siget Court, Monroe, New York, 10950, which is the same town in upstate New York reflected on the letterhead of Simon Weinstock, who runs the agency which provided both policies at issue (Exhibit B, Bates-stamped AG 000652, AG000101).

I respectfully request permission to submit this check to the Court.

Respectfully submitted,

Elizabeth Eilender

EE:rm
enclosures

cc: Hon. Madeline Cox Arleo

*Via Email, craleigh@cozen.com*
Christopher Raleigh, Esq.
Cozen O'Connor

*via Email,* jessica.wilson@emhllp.com
Jessica L. Wilson, Esq.
Edison, McDowell & Hetherington LLP

EXHIBIT A

Check image:
- Teller Family Irrevocable Trust VIII
- 8 Sigel Ct
- Monroa NY 10950
- Date: 11/8/2005
- Pay to the order of: AIG Life Insurance — $53,706.9
- Fifty Three Thousand Sixty ---- Dollars
- WALDEN FEDERAL SAVINGS & LOAN ASSN., Walden NY 12586-1823
- Memo: Policy # U10025058L
- Signed: [signature]
- BLUMA TELLER
- Endorsement: U10025058L
- Date stamp: 11/30/05 10:2
- 1046485090049

CWA    CWA

AG 000651

EXHIBIT B



# Simon Weinstock
### 290 Larkin Dr. Suite 103 #150
### Monroe NY  10950

Att. New business

Enclosed is the check in the amount of $53,069.00 to pay for policy no. # u1002505081 —- all other delivery requirements will followed today by fax please. pay attention that this policy should be considered as paid immediately.

Thank you

11/28/05

Simon



AG 000652

**Simon Weinstock**
**290 Larkin Dr. Suite 103 #150**
**Monroe NY  10950**

To;
Mike bonaviga
Stand singleton
Ralph ditrickt

    As I spook with Ralph on the phone, I send in now my first Application With the first annual Premium
    The agent On the Application Is Mr. Yoel Epstien
I have also included yoel epstien's contract with AIG and us life,

The current proposed insured have an offer from AIG for a standard ratting and based on this ratting I include the check in the amount of $106,138.00

The whole compensation on this case should be payable direct to the Master general agent (MGA) (simon weinstock) and for this time I will cut a check for mr. yoel epstien (the agent)

Because my MGA number is still pending I want to make Sure That u have my contact information In case u will need anything, therefore I will give u hare my contact information witch is
718-928-9925ext.201
simon@gefenassociates.com

Also u may Contact my office assistance Joel
718-928-9928 ext.202
joel@gefenassociates.com

Thanks in advanced
simon

RECEIVED

SEP 2 7 2005

NEW BUSINESS

09/28/2005 08:16 0010749 1396

AG 000101