# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | § § § § | |
| Plaintiff/Counter-Defendant, | § § | |
| v. | § § § | |
| TELLER FAMILY IRREVOCABLE TRUST VI, et al., | § § § | No. 2:10-cv-05604-SDW-MCA<br><br>ORDER |
| Defendants/Counter-Plaintiffs. | § § § | |

Pending before the Court are various motions filed by both Plaintiff/Counter-Defendant ("Plaintiff") and Defendants/Counter-Plaintiffs ("Defendants"). After considering the motions, the responses, applicable law, and argument by counsel, if any, the Court hereby ORDERS as follows:

1. The Defendants' Motion to Dismiss [Document No. 14] is hereby DENIED.

2. The Plaintiff's Motion for Partial Judgment on the Pleadings [Document No. 33] is hereby DENIED, except to the extent that the Court ORDERS Defendants to file an Amended Counterclaim addressing claimed deficiencies related to claims of fraud on the orthodox Jewish community, unjust enrichment, and declaratory judgment, no later than Monday, September 19, 2011.

3.  The Plaintiff's Motion to Strike Declarations Filed in Support of Defendants' Motion to Dismiss [Document No. 37] is hereby DENIED as moot.

4.  The Plaintiff's Motion for Leave to Allow Interpleader of Funds [Document No. 45] is GRANTED. The Court ORDERS Plaintiff to deposit the interpleader funds with the Court's registry by Monday, September 19, 2011.

5.  The Plaintiff's Motion for Rule 11 Sanctions [Document No. 52] is hereby DENIED.

6.  The Plaintiff's Motion to Strike Declarations Filed in Support of Defendants' Opposition to Motion for Rule 11 Sanctions [Document No. 59] is hereby DENIED as moot.

IT IS SO ORDERED.

Signed this 6th day of September, 2011.

Hon. Susan D. Wigenton
United States District Judge

AGREED AND ACCEPTED:

/s/ Andrew P. Fishkin
Andrew P. Fishkin
Steven M. Lucks
FISHKIN LUCKS LLP
One Riverfront Plaza, Suite 220
Newark, NJ  07102

*Attorneys for Plaintiff*

/s/ Elizabeth Eilender
Elizabeth Eilender
Law Office of Elizabeth Eilender
225 Broadway, 24th Floor
New York, NY 10007

*Attorney for Defendants*