Elizabeth Eilender, Esq.
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2174
*Attorney for the Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------x
AMERICAN GENERAL LIFE INSURANCE COMPANY,

                  Plaintiff,

-against-

TELLER FAMILY IRREVOCABLE TRUST VI,
by and through its trustee, GERSON SONTAG a/k/a
GERSHON SONTAG, and TELLER FAMILY
IRREVOCABLE TRUST VII, by and through its trustee,
BEZALEL BERNSTEIN a/k/a BTALEL BERNSTEIN,

                  Defendants.
-------------------------------------------------------------x

Case No.
2:10-CV-05604-SDW-MCA

**ORDER**

       **WHEREAS** the Order of Judge Wigenton dated September 6, 2011 (Dkt. 71) directed defendants to file an Amended Counterclaim addressing claimed deficiencies related to claims of fraud on the orthodox Jewish community, unjust enrichment, and declaratory judgment no later than Monday, September 19, 2011; and

       **WHEREAS** counsel for the parties herein have agreed that defendants' time to file an Amended Counterclaim in accordance with the Order of Judge Wigenton dated September 6, 2011 is extended to **September 26, 2011**;

       **IT IS HEREBY ORDERED** that defendants shall file an Amended Counterclaim addressing claimed deficiencies related to claims of fraud on the orthodox Jewish community, unjust enrichment, and declaratory judgment no later than **September 26, 2011**.

Dated: September 15, 2011
       Newark, New Jersey

SO ORDERED;

_____
Hon. Susan D. Wigenton
United States District Judge